# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF MOTION TO DISMISS CASE FOR SUBSTANTIAL ABUSE OF THE BANKRUPTCY SYSTEM

**DEBTOR(S) INFORMATION:**
William A Champ Sr
**SSN:** xxx−xx−7623
**EIN:** N/A

27899 Cactus Ave #A
Moreno Valley, CA 92555

**BANKRUPTCY NO.** 6:16−bk−15700−MH
**CHAPTER** 7

Notice is hereby given that a hearing in this case will be held at:

**Date:** 10/19/2016
**Time:** 11:00 AM
**Location:** 3420 Twelfth Street, Ctrm 303
Riverside, CA 92501

To Consider and Act Upon The Following:

Motion for dismissal of Chapter 7 case under 11 U.S.C. 707(b) due to a **substantial abuse** of the Bankruptcy System.

Objection to the above shall be made in writing and filed with the Court and served upon the moving party at least **FOURTEEN (14) DAYS** prior to the hearing date. If you fail to file a written response to this motion within such time period, the Court may treat such failure as a waiver of your right to oppose the motion and may grant the requested relief. See Local Bankruptcy Rule 9013−1(a)(7).

For further information, see the Court file.

Dated: September 14, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form nmda 2/2001) VAN−41                                                                                                           **10 /**